IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:13-cv-02823-CMA-MJW

UNITED STATES OF AMERICA, for the use and benefit of
HEGGEM-LUNDQUIST PAINT COMPANY, a Colorado corporation,

       Plaintiff,

v.

CENTERRE GOVERNMENT CONTRACTING GROUP, LLC, a Colorado limited liability company;
BERKLEY REGIONAL INSURANCE COMPANY, a Colorado corporation;
KIEWIT BUILDING GROUP, INC., a Delaware corporation;
TURNER CONSTRUCTION COMPANY, a New York corporation;
KIEWIT-TURNER A JOINT VENTURE, a joint venture doing business in Colorado;
TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation;
TRAVELERS INDEMNITY COMPANY, a Connecticut corporation,
FEDERAL INSURANCE COMPANY, an Indiana corporation;
FIDELITY AND DEPOSIT COMPANY OF MARYLAND, a Maryland corporation,
ZURICH AMERICAN INSURANCE CORPORATION, a New York corporation;
LIBERTY MUTUAL INSURANCE COMPANY, a Massachusetts corporation; and
THE CONTINENTAL INSURANCE COMPANY, a Pennsylvania corporation,

       Defendants.

## KIEWIT-TURNER SURETIES'
## JOINT CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P 7.1(a) and D.C. COLO. LCivR 7.4(a) Defendants Travelers Casualty and Surety Company of America, Travelers Indemnity Insurance Company, Federal Insurance Company, Fidelity and Deposit Company of Maryland/Zurich American Insurance Corporation, Liberty Mutual Insurance Company,

1

and The Continental Insurance Company (collectively, "K-T's Sureties") submit the following Corporate Disclosure Statement:

1. **Travelers Casualty and Surety Company of America:** a wholly-owned subsidiary of Travelers Casualty and Surety Company, which in turn is a wholly-owned subsidiary of Travelers Insurance Group Holdings Inc., which in turn is a wholly-owned subsidiary of Travelers Property Casualty Corp., which in turn is a wholly-owned subsidiary of The Travelers Companies, Inc. No publicly traded corporation or other entity directly owns 10% or more of Travelers Casualty and Surety Company of America.

2. **Travelers Indemnity Company:** a wholly-owned subsidiary of Travelers Insurance Group Holdings, Inc., which in turn is a wholly-owned subsidiary of Travelers Property Casualty Corp., which in turn is a wholly-owned subsidiary of The Travelers Companies, Inc. No public traded corporation or other entity owns 10% or more of Travelers Indemnity Company.

3. **Federal Insurance Company:** a wholly-owned subsidiary of The Chubb Corporation, a public traded company listed on the New York Stock Exchange. The Chubb Corporation is the only publicly traded entity which owns 10% or more of Federal Insurance Company.

4. **Fidelity and Deposit Company of Maryland:** a wholly-owned subsidiary of Zurich American Insurance Company, which in turn is a wholly-owned subsidiary of Zurich Holding Company of America, Inc. which in turn is

99.8711% owned by Zurich Insurance Company and 0.1289% owned by ZGA US Limited; Zurich Insurance Company is a wholly-owned subsidiary of Zurich Group Holding, which is 43% owned by Allied Zurich p.l.c and 57% owned by Zurich Financial Services. No publicly traded corporation or other entity directly owns 10% or more of Fidelity and Deposit Company of Maryland.

5. **Zurich American Insurance Corporation:** a wholly-owned subsidiary of Zurich Holding Company of America, Inc., which in turn is 99.8711% owned by Zurich Insurance Company and 0.1289% owned by ZGA US Limited; Zurich Insurance Company is a wholly-owned subsidiary of Zurich Group Holding, which is 43% owned by Allied Zurich p.l.c and 57% owned by Zurich Financial Services. No publicly traded corporation or other entity directly owns 10% or more of Zurich American Insurance Corporation.

6. **Liberty Mutual Insurance Company:** a wholly-owned subsidiary of Liberty Mutual Group Inc., which in turn is a wholly-owned subsidiary of LMHC Massachusetts Holdings Inc., which in turn is a wholly-owned subsidiary of Liberty Mutual Holding Company Inc. No publicly traded corporation or other entity owns 10% or more of Liberty Mutual Insurance Company.

7. **The Continental Insurance Company:** a wholly-owned subsidiary of Continental Casualty Company, which in turn is a wholly-owned subsidiary of The Continental Corporation, which in turn is a wholly-owned subsidiary

of CAN Financial Corporation.  No publicly traded corporation or other entity directly owns 10% or more of The Continental Insurance Company.

Respectfully submitted,

Dated: November 22, 2013

*/s/ Mark R. Berry*
Michael A. Branca
Mark R. Berry
Peckar & Abramson, P.C.
Two Lafayette Centre, Suite 500
1133 21st Street, N.W.
Washington, D.C.  20036
Telephone:  (202) 293-8815
Facsimile:  (202) 293-8815
Email: mbranca@pecklaw.com
mberry@pecklaw.com

Attorneys for Kiewit-Turner's Sureties

# CERTIFICATE OF SERVICE

      I hereby certify that on November 22, 2013 a true and correct copy of the foregoing Kiewit-Turner Sureties' Corporate Disclosure Statement was filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing via e-mail to the following counsel of record:

Stephen A. Mathews, Esq.
Stephen A. Mathews, P.C.
9896 Rosemont Avenue, Suite 104
Lone Tree, Colorado 80124

Gerald D. Pratt, Esq.
Pratt & Landry, LLP
9896 Rosemont Avenue, Suite 104
Lone Tree, Colorado 80124

Edward Thomas DeLisle
Cohen Seglias Pallas Greenhall & Furman, P.C.
30 South 17th Street
19th Floor
Philadelphia, PA 19103

                                                                 /s/ Mark R. Berry
                                                                 Mark R. Berry

Doc. ID: 257168