IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02823-CMA-MJW

UNITED STATES OF AMERICA, for the use and benefit of HEGGEM-LUNDQUIST PAINT COMPANY, a Colorado corporation,

Plaintiff,

v.

CENTERRE GOVERNMENT CONTRACTING GROUP, LLC, a Colorado limited liability company,
BERKLEY REGIONAL INSURANCE COMPANY, a Delaware corporation,
KIEWIT BUILDING GROUP, INC., a Delaware corporation,
TURNER CONSTRUCTION COMPANY, a New York corporation,
KIEWIT-TURNER A JOINT VENTURE, a joint venture doing business in Colorado,
TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation,
TRAVELERS INDEMNITY COMPANY, a Connecticut corporation,
FEDERAL INSURANCE COMPANY, an Indiana corporation,
FIDELITY AND DEPOSIT COMPANY OF MARYLAND, a Maryland corporation,
ZURICH AMERICAN INSURANCE COMPANY, a New York corporation,
LIBERTY MUTUAL INSURANCE COMPANY, a Massachusetts corporation, and
THE CONTINENTAL INSURANCE COMPANY, a Pennsylvania corporation,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Joint Motion for Protective Order Regarding Confidentiality of Information and the Return of Inadvertently Produced Documents (docket no. 72) is GRANTED finding good cause shown.  The written Consent Order Regarding Confidentiality of Information and the Return of Inadvertently Produced Documents (docket no. 72-1) is APPROVED as amended in paragraph 13 and made an Order of Court.

Date: January 8, 2014