**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 13-cv-02823-CMA-MJW

UNITED STATES OF AMERICA, for the use and benefit of
HEGGEM-LUNDQUIST PAINT COMPANY, a Colorado corporation,

    Plaintiff,

v.

CENTERRE GOVERNMENT CONTRACTING GROUP, LLC,
    a Colorado limited liability company,
BERKLEY REGIONAL INSURANCE COMPANY, a Delaware corporation,
KIEWIT BUILDING GROUP, INC., a Delaware corporation,
TURNER CONSTRUCTION COMPANY, a New York corporation,
KIEWIT-TURNER A JOINT VENTURE, a joint venture doing business in Colorado,
TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA,
    a Connecticut corporation,
TRAVELERS INDEMNITY COMPANY, a Connecticut corporation,
FEDERAL INSURANCE COMPANY, an Indiana corporation,
FIDELITY AND DEPOSIT COMPANY OF MARYLAND, a Maryland corporation,
ZURICH AMERICAN INSURANCE COMPANY, a New York corporation,
LIBERTY MUTUAL INSURANCE COMPANY, a Massachusetts corporation; and
THE CONTINENTAL INSURANCE COMPANY, a Pennsylvania corporation,

    Defendants.

## ORDER TO STAY AND ADMINISTRATIVELY CLOSE CASE

Upon review of the Stipulated Motion for Stay (Doc. # 98), the Court finds the Parties agreed to enter into a liquidating and cooperation agreement, in which they agreed to seek to stay this action while the parties jointly prosecute Plaintiff's claim with the Contracting Officer and, if necessary, the Civilian Board of Contract Appeals. Therefore, the Court hereby GRANTS the Motion. It is hereby

ORDERED that this action is STAYED.

The Court, upon further review, finds that rather than leaving this case open for possibly months pending dismissal, this case should be administratively closed pursuant to D.C.COLO.LCivR 41.2, with leave to be reopened for good cause shown. Accordingly, it is

ORDERED that the Clerk of the Court shall ADMINISTRATIVELY CLOSE this action pursuant to D.C.COLO.LCivR 41.2.

IT IS FURTHER ORDERED that the parties shall have leave to file a request to reopen, or shall file a motion to dismiss, within seven days of the entry of Plaintiff's receipt of a settlement, judgment, resolution, or award, if any, from the United States Department of Veterans Affairs.

IT IS FURTHER ORDERED that the parties shall file a joint status report every three months, beginning with November 11, 2014.

IT IS FURTHER ORDERED that the Final Pretrial Conference set for October 28, 2014, at 9:30 AM, before Magistrate Judge Watanabe, is VACATED.

DATED:  October 3, 2014

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge