IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 13-cv-02823-CMA-MJW

UNITED STATES OF AMERICA, for the use and benefit of
HEGGEM-LUNDQUIST PAINT COMPANY, a Colorado corporation,

    Plaintiff,

v.

CENTERRE GOVERNMENT CONTRACTING GROUP, LLC,
    a Colorado limited liability company,
BERKLEY REGIONAL INSURANCE COMPANY, a Delaware corporation,
KIEWIT BUILDING GROUP, INC., a Delaware corporation,
TURNER CONSTRUCTION COMPANY, a New York corporation,
KIEWIT-TURNER A JOINT VENTURE, a joint venture doing business in Colorado,
TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA,
    a Connecticut corporation,
TRAVELERS INDEMNITY COMPANY, a Connecticut corporation,
FEDERAL INSURANCE COMPANY, an Indiana corporation,
FIDELITY AND DEPOSIT COMPANY OF MARYLAND, a Maryland corporation,
ZURICH AMERICAN INSURANCE COMPANY, a New York corporation,
LIBERTY MUTUAL INSURANCE COMPANY, a Massachusetts corporation; and
THE CONTINENTAL INSURANCE COMPANY, a Pennsylvania corporation,

    Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to and in accordance with Fed. R. Civ. P. 41(a)(1)(A)(ii) and the Joint Stipulation for Dismissal With Prejudice (Doc. # 102), signed by the attorneys for the parties hereto, it is

ORDERED that this case is DISMISSED WITH PREJUDICE, each party to pay its own attorney fees and costs.

2

DATED:  May ___13___, 2015

                              BY THE COURT:

                              *[signature: Christine M. Arguello]*

                              _____
                              CHRISTINE M. ARGUELLO
                              United States District Court Judge